## BOB BUCHANAN v. WRIGHT LUMBER COMPANY.

### (Filed 23 May, 1917.)

CIVIL ACTION, heard before *Lane, J.,* at November Term, 1916, of MITCHELL, upon the report of a referee and exceptions filed by the defendant, and from the judgment overruling the exceptions and confirming the report defendant appealed.

*Black & Wilson, W. L. Lambert, John C. McBee and Pless & Winborne for plaintiff.*
*L. D. Lowe for defendant.*

PER CURIAM. The matters involved in the controversy appear to us entirely those of fact. The findings of fact of the referee have been adopted by the court and cannot be reviewed by us. In the conclusion of law we find no error.

Affirmed.